The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT BRUCE RIDLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMAGIN CORPORATION, a Delaware Corporation,<br><br>Defendant.<br><br>EMAGIN CORPORATION, a Delaware Corporation,<br><br>Counterclaimants,<br>v.<br><br>ROBERT BRUCE RIDLEY, an individual,<br><br>Counterdefendant. | Case No. 2:16-cv-01641-RSL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL** |

## STIPULATION

THE PARTIES, Plaintiff ROBERT BRUCE RIDLEY, by and through his attorneys, MARK K. DAVIS of SCHLEMLEIN, FICK & SCRUGGS, PLLC, and Defendant EMAGIN CORPORATION, by and through its attorneys, PAMELA SALGADO of LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without award of costs or attorneys' fees to either party.

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL - 1
Case No. 2:16-cv-01641-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  December 8, 2017

3  
4  /s/ Mark K. Davis (via electronic approval)  /s/ Pamela Salgado
   Pamela Salgado, WSBA #38713              Pamela Salgado, WSBA #22741
   mkd@soslaw.com                            psalgado@littler.com
5  SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC     LITTLER MENDELSON, P.C.
   66 S. Hanford St., Suite 300              One Union Square
6  Seattle, WA 98134                         600 University Street, Suite 3200
   Phone:    (206) 448.8100                  Seattle, WA 98101.3122
7  Fax:      (206) 448.8514                  Phone:    206.623.3300
                                             Fax:      206.447.6965
8  
   Attorneys for Plaintiff                   Attorneys for Defendant
9  ROBERT BRUCE RIDLEY                       EMAGIN CORPORATION

## ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and without costs or attorneys' fees to any party.

Dated this 12th day of December, 2017.

_____
THE HONORABLE ROBERT S. LASNIK

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL - 2
Case No. 2:16-cv-01641-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300